IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-45-D

| | | |
|---|---|---|
| KENNETH FRIERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | **ORDER** |
| THE SHAW UNIVERSITY, | ) ) ) | |
| Defendant. | ) | |

In light of plaintiff's amended complaint [D.E. 11], the court DISMISSES as moot defendant's motion to dismiss the complaint [D.E. 8].

SO ORDERED. This 18 day of November, 2021.

JAMES C. DEVER III
United States District Judge