IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-45-D

| | |
|---|---|
| KENNETH FRIERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE SHAW UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

On August 29, 2022, defendant filed a motion to seal certain exhibits filed in support of its motion for summary judgment. See [D.E. 30] 1. For good cause shown, defendant's motion to seal [D.E. 30] is GRANTED.

SO ORDERED. This 17 day of January, 2023.

JAMES C. DEVER III
United States District Judge