IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-45-D

| | | |
|---|---|---|
| KENNETH FRIERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE SHAW UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's amended motion to seal [DE-54] filed on December 12, 2022. In light of the court's order of January 17, 2023 [DE-56] granting defendant's motion to seal [DE-30], defendant's amended motion to seal [DE-54] is DENIED as MOOT.

SO ORDERED, this 31st day of January, 2023.

_____
Brian S. Meyers
United States Magistrate Judge