IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-45-D

| | |
|---|---|
| KENNETH FRIERSON, | ) |
| Plaintiff, | ) |
| v. | )   **ORDER** |
| THE SHAW UNIVERSITY, | ) |
| Defendant. | ) |

This matter is before the court on plaintiff's consent motion to seal [DE-38] and plaintiff's amended consent motion to seal [DE-50]. On December 2, 2022, the undersigned issued an order [DE-45] notifying plaintiff of deficiencies in the motion to seal [DE-38]. On December 9, 2022, plaintiff filed an amended consent motion to seal [DE-50], correcting the noted deficiencies and requesting the sealing of two proposed sealed documents [DE-48, -49]. On this same day, plaintiff filed two additional documents [DE-52, -53] appearing to be identical to those that are at issue in the motion to seal [DE-38].

A telephonic hearing was held before the undersigned today regarding plaintiff's pending motions to seal [DE-38, -50] in order to clarify which documents plaintiff sought to seal. Counsel for plaintiff was heard regarding the sealing motions and clarified that the documents to be sealed are Docket Entries 38-1, 38-2, 48, 49, 52, and 53. Counsel for plaintiff made an oral motion to seal Docket Entries 52 and 53, as they were filed in error, and there was not a pending motion to seal either. Counsel for defendant had no objection. For good cause shown for the reasons stated on the record, the undersigned granted the oral motion to seal.

For good cause shown, plaintiff's amended consent motion to seal [DE-50] is GRANTED. The undersigned directs that the documents filed at the following docket entries be placed under seal: Docket Entries 38-1, 38-2, 48, 49, 52, and 53.

In light of the foregoing, and for the reasons stated on the record during the telephonic hearing, plaintiff's consent motion to seal [DE-38] is DENIED AS MOOT.

SO ORDERED, this 31st day of January, 2023.

Brian S. Meyers
United States Magistrate Judge