UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KENNETH FRIERSON,

    Plaintiff,

v.

THE SHAW UNIVERSITY,

    Defendant.

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:21-CV-45-D**

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 32]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and the court's local rules.

**This Judgment Filed and Entered on May 19, 2023, and Copies To:**

| | |
|---|---|
| Geraldine Sumter | (via CM/ECF electronic notification) |
| Daniel T. Blue, III | (via CM/ECF electronic notification) |
| Dhamian A. Blue | (via CM/ECF electronic notification) |

DATE: May 19, 2023        PETER A. MOORE, JR., CLERK

        (By) /s/ Stephanie Mann
        Deputy Clerk